THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL LANE,

    Plaintiff,

v.

TROY MCLEAN, et al.,

    Defendants.

3:17-CV-428
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 27th DAY OF MARCH, 2018, IT IS HEREBY

**ORDERED THAT** Defendants' Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) (Doc. 7) is **DENIED** for the reasons set forth in the accompanying memorandum opinion.

Robert D. Mariani
United States District Judge